UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JANE DOE,

    Plaintiff,

v.                                          CASE NO. 8:23-cv-2789-SDM-CPT

GREGORY WILKERSON, et al.,

    Defendants.
_____/

### ORDER

The plaintiff, who appears *pro se* but declines to identify herself, accuses the defendants of, among other things, "criminal acts," "negligent security," and "invasion of privacy." An April 19, 2024, order denies the plaintiff's motion to proceed *in forma pauperis* and directs the plaintiff to move for leave to proceed without identifying herself. Also, the order cautions the plaintiff that failure to comply with the order might result in the dismissal of this action. The plaintiff neither pays the filing fee nor moves to proceed without identifying herself. This action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. The clerk must close the case.

ORDERED in Tampa, Florida, on June 5, 2024.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE