UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JANE DOE,

    Plaintiff,

v.                                                 CASE NO. 8:23-cv-2789-SDM-CPT

GREGORY WILKERSON, et al.,

    Defendants.
_____/

**ORDER**

    A June 5, 2024, order (Doc. 5) dismisses this action without prejudice because the plaintiff, appearing *pro se*, neither paid the filing fee nor moved for leave to proceed without identifying herself. The plaintiff moves (Doc. 7) under Rule 60(b), Federal Rules of Civil Procedure, to vacate the dismissal. Because she timely submitted a motion to proceed without identifying herself, the plaintiff claims that dismissal is not proper. No motion appears on the docket. The plaintiff alleges — without a sworn statement and without attaching filings — that no motion appears because of "the [c]lerk's failure to docket the Amended complaint filed on March 20, 2024[,] and the Motion to Proceed Anonymously on April 19, 2024." (Doc. 7 at 3)

    Because she fails to demonstrate "exceptional or extraordinary circumstances," the plaintiff's motion fails to meet the requirements of Rule 60(b). *Schwindler v. Comm'r, Georgia Dep't of Corr.*, 2024 WL 3666251, at *5 (11th Cir. Aug. 6,

2024).  The motion to vacate is **DENIED**.  Because this action was dismissed without prejudice, the plaintiff may renew her claims by filing a new complaint.

ORDERED in Tampa, Florida, on September 16, 2024.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE